## 64381. WARD v. THE STATE.

BANKE, Judge.

The appellant appeals her conviction for shoplifting. The state's sole witness was the assistant manager of a Pic and Pay Shoe Store, who testified that she saw a co-defendant, Joanne Tucker, pick up a pair of shoes and place them in her tote bag. This witness also testified that the appellant saw the co-defendant take the shoes and that both women left the store after she asked them to stop. The appellant, testifying in her own behalf, denied any knowledge of the theft. *Held:*

The evidence is insufficient to authorize the appellant's conviction. "Neither presence nor flight, nor both together, without more, is conclusive of guilt." *Griffin v. State,* 2 Ga. App. 534 (2) (58 SE 781) (1907). See also *Johnson v. State,* 126 Ga. App. 277 (190 SE2d 594) (1972). Compare *Holland v. State,* 146 Ga. App. 876 (247 SE2d 520) (1978).

*Judgment reversed. McMurray, P. J., and Birdsong, J., concur.*

DECIDED JULY 12, 1982.

*Roy E. Harkleroad,* for appellant.
*T. V. Williams, Jr., Solicitor,* for appellee.